# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:

Rosalyn A Catalo

Debtor(s)

Case No. 16 B 31501

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/03/2016.

2) The plan was confirmed on 02/16/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/11/2017.

5) The case was Converted on 09/27/2017.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,580.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$6,580.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $309.26 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$309.26** |

Attorney fees paid and disclosed by debtor:     $4,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Christ Medical Ctr | Unsecured | 1,777.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Ctr | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | 1,596.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 4,717.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 0.00 | 1,951.73 | 1,951.73 | 0.00 | 0.00 |
| BMW Financial Services | Unsecured | 22,318.00 | 13,024.60 | 13,024.60 | 0.00 | 0.00 |
| Bureaus Investment Group Portfolio No 1! | Unsecured | 0.00 | 513.22 | 513.22 | 0.00 | 0.00 |
| CAC Financial | Unsecured | 619.00 | NA | NA | 0.00 | 0.00 |
| Central DuPage Hospital | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| Collection Bureau of America | Unsecured | 779.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank.Carsons | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank-Victoria secret | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank-Victoria secret | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 900.00 | 456.50 | 456.50 | 0.00 | 0.00 |
| Credence Resource Management | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 556.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 25,000.00 | 32,823.98 | 32,823.98 | 0.00 | 0.00 |
| Department Stores National Bank | Unsecured | 379.00 | 379.31 | 379.31 | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 1,890.00 | NA | NA | 0.00 | 0.00 |
| DSNB/Macy's | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Source Advantage LLC | Unsecured | 1,587.00 | NA | NA | 0.00 | 0.00 |
| FMA Alliance | Unsecured | 1,354.00 | NA | NA | 0.00 | 0.00 |
| GC Service Limited Partners | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| Geico Direct Insurance | Unsecured | 1,225.00 | NA | NA | 0.00 | 0.00 |
| Grove Dental Associates | Unsecured | 0.00 | 2,581.08 | 2,581.08 | 0.00 | 0.00 |
| Grove Dental Associates | Unsecured | 0.00 | 1,363.34 | 1,363.34 | 0.00 | 0.00 |
| H & R Accounts | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Hinckley Springs Water | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 918.00 | 917.54 | 917.54 | 0.00 | 0.00 |
| Law Office Jay K. Levy | Unsecured | 2,418.00 | NA | NA | 0.00 | 0.00 |
| Law Office Jay K. Levy | Unsecured | 1,171.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Law Office of Meyer & Njus | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Merchants & Medical Credit | Unsecured | 1,951.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 3,421.00 | 3,421.38 | 3,421.38 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 619.00 | 619.72 | 619.72 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 461.00 | 461.34 | 461.34 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 1,129.00 | 1,139.76 | 1,139.76 | 0.00 | 0.00 |
| Mortgage Solutions of Colorado | Secured | 213,142.00 | 224,645.12 | 224,645.12 | 0.00 | 0.00 |
| Mortgage Solutions of Colorado | Secured | 15,630.00 | 15,824.78 | 15,630.00 | 0.00 | 0.00 |
| Northland Group | Unsecured | 1,433.00 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Secured | 29,000.00 | 26,284.70 | 26,284.70 | 5,675.11 | 595.63 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 1,030.32 | 1,030.32 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 463.14 | 463.14 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 1,157.69 | 1,157.69 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 2,388.09 | 2,388.09 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 895.00 | 929.80 | 929.80 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 1,354.51 | 1,354.51 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,321.00 | 2,321.81 | 2,321.81 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 300.00 | 1,696.59 | 1,696.59 | 0.00 | 0.00 |
| Seas & Associates | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| Southwest Physicians Grp | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| Stoneleigh Recovery Associates, LLC | Unsecured | 513.00 | NA | NA | 0.00 | 0.00 |
| SunTrust Bank | Unsecured | 0.00 | 4,384.06 | 4,384.06 | 0.00 | 0.00 |
| T Mobile | Unsecured | 1,753.00 | NA | NA | 0.00 | 0.00 |
| Target Card Services | Unsecured | 677.00 | NA | NA | 0.00 | 0.00 |
| TD Bank USA NA | Unsecured | 0.00 | 687.65 | 687.65 | 0.00 | 0.00 |
| The Bureaus | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Recovery Service | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| United Recovery Services | Unsecured | 4,385.00 | NA | NA | 0.00 | 0.00 |
| Von Maur | Unsecured | 0.00 | 94.18 | 94.18 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $224,645.12 | $0.00 | $0.00 |
| Mortgage Arrearage | $15,630.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $26,284.70 | $5,675.11 | $595.63 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$266,559.82** | **$5,675.11** | **$595.63** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$76,161.34** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $309.26 |
| Disbursements to Creditors | $6,270.74 |
| **TOTAL DISBURSEMENTS** : | **$6,580.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/05/2018          By: /s/ Marilyn O. Marshall
                                                           Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**